**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

**CARL CHAVON MOSLEY,**

            **Plaintiff,**

**v.**                                    **Civ. Action No. 1:20-CV-142**
                                              **(Kleeh)**

**JERRY PRITT,**

            **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 8]

On July 22, 2020, the pro se Plaintiff, Carl Chavon Mosley
("Plaintiff"), an inmate at Huttonsville Correctional Center
("HCC"), filed a complaint in this action pursuant to 42 U.S.C.
§ 1983. Plaintiff argues that an HCC staff member used racial
slurs in reference to him, in violation of his rights under the
United States Constitution.

Pursuant to 28 U.S.C. § 636 and the local rules, the Court
referred the action to United States Magistrate Judge Michael J.
Aloi for initial review. On July 29, 2020, the Magistrate Judge
entered a Report and Recommendation ("R&R"), recommending that
the Court dismiss the Complaint with prejudice.

The R&R also informed the parties that they had fourteen
(14) days from the date of service of the R&R to file "specific
written objections, identifying the portions of the Report and
Recommendation to which objection is made, and the basis of such

ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 8]

objection." It further warned them that the "[f]ailure to file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." The docket reflects that Plaintiff accepted service of the R&R on August 3, 2020. See ECF No. 9. To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 8]. Plaintiff is **DIRECTED** to disregard the Court's Notice of Deficient Pleading [ECF No. 6]. Plaintiff's motion for initial

**MOSLEY V. PRITT**                                          **1:20-CV-142**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 8]**

review [ECF No. 2] and motion to proceed in forma pauperis [ECF No. 3] are **DENIED AS MOOT**. The Complaint is **DISMISSED WITH PREJUDICE**. The Court further **ORDERS** that this matter be **STRICKEN** from the Court's active docket and **DIRECTS** the Clerk to enter judgment in favor of Defendant.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the pro se Plaintiff via certified mail, return receipt requested.

DATED: August 26, 2020

/s/ Thomas S. Kleeh

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

3